# ANDERSON LAW

**2492 North Landing Road, Suite 104**
**Virginia Beach, Virginia 23456**



Tel. (757) 301-3636  *Additional Office Locations By Appointment:*
Fax (757) 301-3640  *Chesapeake – Hampton - Richmond - Vienna*

August 11, 2014

United States Bankruptcy Court
Norfolk Division
600 Granby Street, Room 400
Norfolk, Virginia 23510

    Re:    Samuel Jason Puccini
            Chapter 13 Case No. 11-73242

Dear Clerk:

    Please note the following change of both physical and mailing addresses for the above-referenced debtor:

    <u>Physical/Mailing Address</u>
    11354 Charlotte View Drive
    Charlotte, NC 28277

    Should you have any questions, please feel free to contact me at (757) 301-3636.

    Sincerely,

    */s/Timothy V. Anderson*
    Timothy V. Anderson

TVA/as

***www.virginialawoffice.com***